IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| SAMUEL T. RUSS | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-09-224 |
| | § | |
| FIDELITY NATIONAL INSURANCE COMPANY | § § § | |

### OPINION AND ORDER

It is well-settled and beyond peradventure that Plaintiff is not entitled to a jury trial under either the Seventh Amendment, <u>Lehman v. Nakshian</u>, 453 U.S. 156, 160 (1981), or the National Flood Insurance Act, <u>Sandia Oil Co., Inc. v. Beckton, Director FEMA</u>, 889 F.2d 258, 262 (10th Cir. 1989), in a claims handling dispute against a WYO carrier with the National Flood Insurance Program acting in its capacity as a fiscal agent of the United States and the equivalent of FEMA itself, <u>Van Holt v. Liberty Mutual Ins. Co.</u>, 163 F.3d 161, 166 (3$^{d}$ Cir. 1998).

It is, therefore, **ORDERED** that the Plaintiff's jury demand, insofar as it seeks a jury trial against <u>Fidelity National Insurance Company</u>, is **VACATED**.

**DONE** at Galveston, Texas, this \_\_\_\_\_16th_____ day of March, 2011.

John R. Froeschner
United States Magistrate Judge